**No. 09-9776. Patrick Williams, Petitioner v. California Department of Corrections, et al.**

560 U.S. 930, 130 S. Ct. 3351, 176 L. Ed. 2d 1230, 2010 U.S. LEXIS 4254.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-9779. Herman L. Nitz, Jr., Petitioner v. Jean Harvey, et al.**

560 U.S. 930, 130 S. Ct. 3332, 176 L. Ed. 2d 1230, 2010 U.S. LEXIS 4256, ■

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-9790. Lorenzo Rivera, Petitioner v. Texas.**

560 U.S. 930, 130 S. Ct. 3332, 176 L. Ed. 2d 1230, 2010 U.S. LEXIS 4329.

May 24, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 09-9793. Ansis C. Davis, Petitioner v. Florida.**

560 U.S. 930, 130 S. Ct. 3332, 176 L. Ed. 2d 1230, 2010 U.S. LEXIS 4205.

May 24, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

Same case below, 22 So. 3d 89.

**No. 09-9794. Michael Anthony Dixon, Petitioner v. Maddox Kilgore, et al.**

560 U.S. 930, 130 S. Ct. 3332, 176 L. Ed. 2d 1230, 2010 U.S. LEXIS 4240.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 343 Fed. Appx. 530.

**No. 09-9795. Dennis O'Brien Edwards, Petitioner v. The Boeing Company, et al.**

560 U.S. 930, 130 S. Ct. 3332, 176 L. Ed. 2d 1230, 2010 U.S. LEXIS 4341, ■

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

**No. 09-9885. Onofre Tommy Serrano, Petitioner v. California.**

560 U.S. 930, 130 S. Ct. 3336, 176 L. Ed. 2d 1230, 2010 U.S. LEXIS 4295.

May 24, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.